IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

RICKY BLOUNT, :
:
    Plaintiff, :
:
v. : 1:07-CV-19 (WLS)
:
JAMIL SABA, Sheriff of Dougherty :
County, ET. AL., :
:
    Defendants. :
_____:

O R D E R

Before the Court is a Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 21), filed July 2, 2008. It is recommended that Defendants' motion to dismiss for Plaintiff's failure to prosecute his case (Doc. No. 14) be denied. Neither Plaintiff, nor Defendant has filed an objection to the Recommendation.

Upon full review and consideration upon the record, the Court finds that said Recommendation (Doc. No. 14) should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, said motion to dismiss for failure to prosecute (Doc. No. 14) is **DENIED.**

SO ORDERED, this  12th  day of September, 2008.

                                              /s/W. Louis Sands
                                              **W. LOUIS SANDS, JUDGE**
                                              **United States District Court**