IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| RICKY BLOUNT, | : | |
| Plaintiff, | : | |
| v. | : | Case No. 1:07-CV-19 (WLS) |
| JAMIL SABA, OFFICER KEARSE, | : | |
| Defendants. | : | |

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge Claude W. Hicks, Jr. filed November 13, 2009. (Doc. 39). It is recommended that Defendants' Motion for Summary Judgment (Doc. 31) be **GRANTED**. No objection has been filed to date.

Upon full review and consideration of the record, the Court finds that said Report and Recommendation (Doc. 39) should be, and hereby is, **ACCEPTED, ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Defendants' Motion for Summary Judgment (Doc. 31) is **GRANTED**.

**SO ORDERED**, this  28th  day of January, 2010.

/s/ W. Louis Sands
**THE HONORABLE W. LOUIS SANDS,
UNITED STATES DISTRICT COURT**

1